U.S.A. vs __Rigoberto Chavez-Paniagua__                               No. __08CR0968-LAB__

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on __4-15-08__ and ended on __5/5/08__ ; ( XT/XT )
_____ and ended on _____ .(        )

3161(h)

____(1)(A)   Exam or hrg for **mental or physical incapacity**                                        A

____(1)(B)   **NARA exam**ination (28:2902)                                                            B

____(1)(D)   State or Federal trials or **other charges pending**                                     C

____(1)(E)   **Interlocutory appeals**                                                                 D

____(1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)                              E

____(1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                                 F

____(1)(J)   **Proceedings under advisement** not to exceed thirty days                                G

____         Misc proc: Parole or prob rev, deportation, **extradition**                               H

____(1)(H)   **Transportation** from another district or to/from examination
             or hospitalization in ten days or less                                                    6

_X_(1)(I)    Consideration by Court of **proposed plea agreement**                                    (7)

____(2)      **Prosecution deferred** by mutual agreement                                              I

____(3)(A)(B) **Unavailability of defendant** or **essential witness**                                 M

____(4)      Period of **mental or physical incompetence** of defendant to
             stand trial                                                                               N

____(5)      Period of **NARA commitment or treatment**                                                O

____(6)      **Superseding indictment and/or new charges**                                             P

____(7)      **Defendant awaiting trial of co-defendant** when no severance
             has been granted                                                                          R

____(8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than
             one of the reasons below are given in support of continuance                              T

____(8)(B)(I) 1) Failure to grant a **continuance** in the proceeding
             would result in a **miscarriage of justice** and
             the ends of justice outweigh the best interest
             of the public and the defendant in a speedy trial.
             (Continuance - miscarriage of justice)                                                   (T)
_X_          2) Failure to grant a **continuance** of the trial would result in
             a miscarriage of justice as the defendant has tendered a
             guilty plea to a magistrate judge and is awaiting a
             determination as to whether the plea will be accepted.
             (Continuance - tendered a guilty plea)

____(8)(B)(ii)  2) **Case unusual or complex**                                                        T2

____(8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days            T3

____(8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,
             or give reasonable time to prepare
             (Continuance re counsel)                                                                 T4

____3161(I)  Time up to **withdrawal of guilty plea**                                                  U

____3161(b)  **Grand jury indictment time extended** thirty (30) more days                             W

Date __4-15-08__                                                   __CAB__
                                                              Judge's Initials